Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
PEGGY A. VANWAGENEN

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| PEGGY A. VANWAGENEN,<br><br>                    Plaintiff,<br>     v.<br><br>NELSON & KENNARD, a general partnership; and ROBERT SCOTT KENNARD, individually and in his official capacity,<br><br>                    Defendants. | Case No. 4:12-CV-04736-YGR<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, PEGGY A. VANWAGENEN, and Defendants, NELSON & KENNARD and ROBERT SCOTT KENNARD, stipulate, and the Court hereby orders, as follows:

　　　1.　　The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, PEGGY A. VANWAGENEN, against Defendants, NELSON & KENNARD and ROBERT SCOTT KENNARD, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated:  March 29, 2013 | /s/ Fred W. Schwinn |
| 2 | | Fred W. Schwinn, Esq. |
| | | Attorney for Plaintiff |
| 3 | | PEGGY A. VANWAGENEN |
| 4 | | |
| 5 | Dated:  March 29, 2013 | /s/ Robert Scott Kennard |
| | | Robert Scott Kennard, Esq. |
| 6 | | Attorney for Defendants |
| | | NELSON & KENNARD and |
| 7 | | ROBERT SCOTT KENNARD |

THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

Dated:  April 1, 2013

_____
The Honorable Yvonne Gonzalez Rogers
Judge of the District Court

- 2 -

STIPULATION OF DISMISSAL AND ORDER                               Case No. 4:12-CV-04736-YGR